IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01806-WYD-BNB

BETTY MAXWELL,

Plaintiff,

v.

BAC HOME LOAN SERVICING, L.P.,

Defendant.

---

**ORDER**

---

The plaintiff initiated this action on July 30, 2010, by filing a paper entitled "Original Petition" [Doc. #1] [the "Complaint"].  On August 5, 2010, she filed an Affidavit of Service which states that she served the defendant by sending copies of the Summons and Complaint to "CEO Ken Lewis" and "Deanne Stodden, Esq." via certified mail and facsimile.

Under the Federal Rules of Civil Procedure, a domestic partnership must be served "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and--if the agent is one authorized by statute and the statute so requires--by also mailing a copy of each to the defendant" or by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  Fed. R. Civ. P. 4(h)(1).  The Colorado Rules of Civil Procedure provide for service of a partnership by "delivering a copy thereof to one or more of the partners or associates, or a managing or general agent thereof."  Colo. R. Civ. P. 4(e)(4).

In addition, the Federal Rules of Civil Procedure require that a plaintiff serve the defendant within 120 days after filing the Complaint:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The 120 days for service provided in Rule 4(m) expires on November 27, 2010.

Accordingly,

IT IS ORDERED that on or before **November 29, 2010**, the plaintiff shall file proof of proper service on the defendant. Fed. R. Civ. P. 4(h), (l), and (m). Failure to file proof of proper service on or before November 29, 2010, may result in dismissal of this action.

Dated August 16, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge