IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01806-WYD-BNB

BETTY MAXWELL,

    Plaintiff,

v.

BAC Home Loan Servicing, L.P.,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING
MAGISTRATE JUDGE'S RECOMMENDATION**

---

THIS MATTER is before the Court in connection with the Recommendation of United States Magistrate Judge, issued December 16, 2010 [ECF No.11].  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).  Therein, Magistrate Judge Boland recommends this case be dismissed pursuant to D.C.Colo.LCivR 41.1 for failure to prosecute, insufficient service of process, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with an order of the Court.  Magistrate Judge Boland advised the parties that specific written objections were due within ten (14) days after being served with a copy of the Recommendation.  Despite this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Boland that Plaintiff has failed to prosecute this case and failed to respond to Magistrate Judge Boland's Order to Show Cause. I note that the Recommendation the Order to Show Cause that were mailed to Plaintiff were returned as "undeliverable." However, these Orders were sent to the address Plaintiff has on file with the Court, and Plaintiff has not notified the Court of any change of address. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated December 16, 2010 [ECF No. 11], is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  January 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).